TORRINGTON CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, SKF USA INC., SKF GMBH, FAG KUGELFISCHER GEORG SCHAFER AG, AND FAG BEARINGS CORP., DEFENDANT-INTERVENORS

Court No. 99–08–00461

(Dated February 23, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *Torrington Co. v. United States,* 24 CIT 766, 116 F. Supp. 2d 1206 (2000) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on October 30, 2000 are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.